Certificate Number: 16339-PAE-DE-038003196

Bankruptcy Case Number: 23-12640



16339-PAE-DE-038003196

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2023, at 6:58 o'clock PM EST, Khalee King completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 7, 2023            By:    /s/Kelley Tipton

                                    Name:  Kelley Tipton

                                    Title: Certified Financial Counselor