*Form 235* (3/23)–doc 25

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>    Khalee Hassian King Jr.<br><br>    Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23–12640–amc<br><br><br>Chapter: 7 |

### Notice to debtor(s) in re: credit reporting

In reply to your letter, the Bankruptcy Court **does not report information** to any of the credit reporting agencies. The credit reporting agencies, however, collect information regarding bankruptcy cases directly from the court's **public** records. Bankruptcy petitions, schedules, and other documents are public records. Regardless of the disposition of your case (i.e., open, closed, discharged, dismissed, etc.) the credit reporting agencies can report your case on your credit report for up to ten years.

The Bankruptcy Court is unable to assist you with removing or correcting information listed on your credit report.

For more information, please visit the following webpage:
(https://www.paeb.uscourts.gov/credit–reporting–and–court–records)


Date: December 15, 2023                                                                                       For The Court

                                                                                                              Timothy B. McGrath
                                                                                                              Clerk of Court