Khalee King

1352 N 76TH STREET

PHILADELPHIA, PA 19151

February 12, 2024

US BKPT CT PA PHILADELPH

900 MARKET ST RM 400

PHILADELPHIA, PA 19107

Re: Bankruptcy Case - Docket Number: 2312640AMC

Dear Sir/Ma' am,

I am writing to request information regarding the reporting of bankruptcy case information to major credit reporting agencies, specifically Experian, TransUnion, and Equifax, associated with the bankruptcy case with docket number 2312640AMC.

I recently became aware of the bankruptcy case and would like to verify whether the information related to this case has been reported to the aforementioned credit reporting agencies. As you may be aware, accurate credit reporting is crucial for individuals to maintain financial transparency and make informed decisions.

To facilitate this request, I kindly ask you to provide the following information:

Confirmation of whether LexisNexis has reported the details of the bankruptcy case with docket number 2312640AMC to Experian, TransUnion, and Equifax.

If reported, please provide the date on which the information was reported to each credit reporting agency.

Any additional relevant details regarding the reporting of this bankruptcy case to credit reporting agencies.

I understand that LexisNexis plays a vital role in providing accurate and timely information to various entities, and I appreciate your cooperation in addressing this matter. Please provide the requested information at your earliest convenience.

Thank you for your prompt attention to this matter, and I look forward to receiving the requested information soon.

Sincerely,

Khalee King

KHALEE KING JR
1352 N 76TH STREET
PHILADELPHIA, PA 19151



**USPS CERTIFIED MAIL**

9214 8901 4298 0494 4859 71

0009129238000011
US BKPT CT PA PHILADELPH
900 MARKET ST RM 400,
PHILADELPHIA, PA 19107

# See Important Information Enclosed