Khalee King Jr

1352 N 76 st

Philadelphia, Pa 19151

Date: 07/18/24

SSN:2995

JUL 2 2 2024

UNITED STATES

BANKRUPTCY COURT

TO WHOMEVER IT MAY CONCERN:

Hi MS/MR I am writing to you today to ask if it is you guys that are furnishing this bankruptcy to experian,transunion,  equifax, lexis nexis  or any credit reporting agencies? Case # 23-12640. And if not may you send me some documentation stating that you guys are not the ones who are not furnishing it. May you get back to me as soon as possible with a response and the documentation that is being requested please. Much appreciated.

Sincerely,

Khalee King Jr